# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| KATHERINE RINKEN,<br><br>  Plaintiff,<br><br>v.<br><br>WAUKEE COMMUNITY SCHOOL DISTRICT, TERRY HURLBURT, ROXANNE LIVERMORE, and MARK STALLMAN,<br><br>  Defendants. | Case No. 4:23-cv-00188<br><br>**JOINT MOTION FOR LEAVE TO FILE TRIAL BRIEFS UNDER SEAL** |

**COME NOW** the Parties and for their Joint Motion for Leave to File their Trial Briefs under Seal, hereby state as follows:

1. Trial in this case is scheduled for April 14, 2025.

2. Both Parties' Trial Briefs contain confidential and non-public personal information regarding documents contained in employee personnel files.

3. The Parties request the Court grant leave to file each of their Trial Briefs under Seal. These documents contain documents covered by the parties' Joint Motion for Protective Order. *See* Doc 4.

4. Paragraph 8 of the Protective Order states: "If any party files Protected Materials with the Court, for any purpose, including to support a discovery motion, dispositive motion, pretrial motion, or post-trial motion, the party must move to file the Protected Materials under seal." Doc 6, p. 3.

5. The Parties thereby respectfully request the Court grant them leave to file each of their

1

Trial Briefs under seal.

**WHEREFORE,** the Parties respectfully request that the Court grant them leave to file each of their Trial Briefs under seal.

    */s/ Madison Fiedler-Carlson*
FIEDLER LAW FIRM, P.L.C.
David Albrecht AT0012635
david@employmentlawiowa.com
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Facsimile: (515) 254-9923
**ATTORNEYS FOR PLAINTIFF**

    */s/ Janice M. Thomas*
Janice M. Thomas AT0007822
Sarah E. Schleisman AT0015320
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
Telephone: (515) 513-5003
Emails:    jthomas@ldmlaw.com
             sschleisman@ldmlaw.com
**ATTORNEYS FOR DEFENDANTS**

**Certificate of Service**

      The undersigned hereby certifies that this document was served upon all parties through the Courts' CM/ECF filing system on the 28th day of February, 2025.

Janice M. Thomas
Sarah Schleisman
LAMSON DUGAN & MURRAY LLP
6400 Westown Pkwy, Suite 280
West Des Moines, IA 50266
Phone: (402) 255-3584
jthomas@ldmlaw.com
sschleisman@ldmlaw.com
ATTORNEYS FOR DEFENDANTS                                   */s/ Abby Stauffer*