IN THE IOWA STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KATHERINE RINKEN,<br><br>    Plaintiff,<br><br>v.<br><br>WAUKEE COMMUNITY SCHOOL DISTRICT, TERRY HURLBURT, ROXANNE LIVERMORE, and MARK STALLMAN,<br><br>    Defendants. | Case No.  4:23-cv-00188<br><br><br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

COME NOW Plaintiff Kat Rinken and Defendants Waukee Community School District, Terry Hurlburt, Roxanne Livermore, and Mark Stallman, by and through their respective undersigned counsel, and stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated:  April 14, 2025

_/s/ David Albrecht_____
FIEDLER LAW FIRM, P.L.C.
David Albrecht AT0012635
david@employmentlawiowa.com
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Facsimile: (515) 254-9923
**ATTORNEYS FOR PLAINTIFF**

_/s/ Janice M. Thomas_____
Janice M. Thomas AT0007822
_/s/ Sarah E. Schleisman_____
Sarah E. Schleisman AT0015320
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
Telephone: (515) 513-5003
Emails: jthomas@ldmlaw.com
sschleisman@ldmlaw.com
**ATTORNEYS FOR DEFENDANTS**

1

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Joint Stipulation of Dismissal was served upon Defendants' counsel through the Court's CM/ECF filing system on April 14, 2025.

                                                                                                                                           */s/ Abby Stauffer*